# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141485

EARL JEROME CISTRUNK, JR., Personal
Representative of the Estate of EARL
CISTRUNK, Deceased, and ERNESTINE
CISTRUNK,
      Plaintiffs-Appellants,

v

                                    SC: 141485
                                    COA: 287457
OAKWOOD HERITAGE HOSPITAL,           Wayne CC: 06-615302-NH
TED COLEMAN, M.D., PROFESSIONAL
EMERGENCY CARE, P.C., MONICA
RAMIREZ, P.A., ER-ONE, INC., and
BABIANO KIM, M.D.,
      Defendants-Appellees.
_____/

      On order of the Court, the application for leave to appeal the June 15, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2010

_____
Clerk

d1209